Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN DEBESAY,<br><br>  Plaintiff,<br><br> vs.<br><br>SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>  Defendant. | Case No. 2:20-cv-00927-RAJ<br><br>**DEFENDANT'S INITIAL STATUS REPORT OF ARBITRATION** |

Pursuant to the Court's Order (ECF # 16) dated March 15, 2021, Defendant Security Industry Specialists, Inc. hereby submits its initial status report of arbitration. Plaintiff submitted an arbitration demand on April 14, 2021. Defendant-Respondent will provide a new status report on June 15, 2021.

Dated: April 15, 2021

Respectfully Submitted,

*s/ Ryan P. Hammond*
Ryan P Hammond, WSBA #38888
rhammond@littler.com
William J. Kim, WSBA #46792
wkim@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SECURITY INDUSTRY SPECIALISTS, INC.

DEFENDANT'S INITIAL STATUS REPORT OF ARBITRATION
2:20-CV-00927-RAJ - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA  98101.  On April 15, 2021, I

| | |
|---|---|
| ☒ | **ELECTRONICALLY FILED** the foregoing document(s) via the United States District Court – Western District of Washington CM/ECF system, and I served a copy by: |
| ☒ | **EMAIL** to the email address(es) of the person(s) set forth below. |
| ☐ | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below. |
| ☐ | **OVERNIGHT DELIVERY** by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below. |
| ☐ | **PERSONAL DELIVERY** by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |

Jason A. Rittereiser, WSBA #43628
jrittereiser@hkm.com
Rachel M. Emens, WSBA #49047
remens@hkm.com
Henry Brudney, WSBA #52602
hbrudney@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: 206.838.2504
Fax: 206.260.3055

*Attorneys for Plaintiff*

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct.

Executed on April 15, 2021, at Seattle, Washington.

*/s/Liana Natividad*
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

DEFENDANT'S INITIAL STATUS REPORT OF ARBITRATION
2:20-CV-00927-RAJ - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300